LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: (808) 392-8727

ATTORNEY FOR DEFENDANT
DUANE NISHIIE

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00550-SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DUANE NISHIIE, | ) | |
| | ) | |
| Defendant. | ) | APPLICATION FOR AUTHORIZATION |
| | ) | FOR EXPERT SERVICES PURSUANT |
| | ) | TO 18 U.S.C. 3006(e)(1), TO WIT, A |
| | ) | KOREAN LANGUAGE INTERPRETER; |
| | ) | EXHIBIT "A"; ORDER GRANTING |
| | ) | DEFENDANT'S APPLICATION FOR |
| | ) | AUTHORIZATION FOR EXPERT |
| | ) | SERVICES PURSUANT TO |
| | ) | 18 U.S.C. 3006(e)(1), TO WIT, A KOREAN |
| | ) | LANGUAGE INTERPRETER |
| _____ | ) | |

APPLICATION FOR AUTHORIZATION FOR EXPERT SERVICES PURSUANT
TO 18 U.S.C. 3006(e)(1), TO WIT, A KOREAN LANGUAGE INTERPRETER
_____

The Defendant Duane Nishiie, by and through his counsel, Louis Michael Ching, hereby applies for authorization for expert services, to wit, a korean language interpreter to translate the accuracy of Korean documents and/or to translate and verify the testimony of the government's Korean speaking witnesses at a trial and/or at depositions.

Defendant Duane Nishiie is one of two defendants in the Indictment. The Indictment charges Defendant Nishiie with one count of conspiracy in violation of 18 U.S.C. 371, one count of bribery in violation of 18 U.S.C. 201, three counts of honest services wire fraud in violation of 18 U.S.C. 1343 and 1346, one count of money laundering conspiracy in violation of 18 U.S.C. 1956(h), and three counts of false statement in violation of 18 U.S.C. 1001.

Sometime in the early 2000's, the United States of America and the Republic of Korea decided to consolidate all of the American bases spread throughout South Korea into one main American base. A total of 173 bases would be relocated to Pyeongtaek, which is about 40 miles south of Seoul. The project was known as the Yongsan Relocation Program. The ambitious project would create the largest American military base outside of the United States of America. It would house approximately 45,000 residence. It would have approximately 650 buildings. It would be roughly the size of Washington, DC. The cost was projected to run 10.8 billion dollars. 93% of the cost would be borne by South Korea and 7% borne by the USA. It would be named Camp Humphreys. However, as of today, it has exceeded 15 billion dollars and has yet to be

fully completed.

However, before the project could be realized, construction companies from all over South Korea had to bid on the construction project which began in 2008. There are 2 main parcels of land which are at issue in this case, to wit, the LDUI parcel 2A and JTO16. The LDUI parcel 2A was the development of the infrastructure of part of Camp Humphreys in 2008. It was a large undertaking and estimated to cost around $400 million USD. The JTO16 was a relatively small project to build the housing for the team which would be responsible for the coordination and implementation of the construction projects for Camp Humphreys in 2010. It's estimated value was approximately 7 million USD. The Korean company which ultimately received the contact was the SK corporation or a smaller engineering unit of SK.

The USA was represented by the US Army. The US Army Corps of Engineers was the arm of the US Army which was responsible for implementing the contracts for construction. The FED was a smaller division that was assigned to korea to represent the US Army of Corps of Engineers there. Defendant Duane Nishiie was contract specialist working for FED. At the other end, was the Korean side. The Korean Ministry National Defense (MND) which had a specialized division called, MURO, was in charge of implementing contracts on behalf of MND. The co-defendant Seung-Ju Lee was the counter part of Defendant Nishiie for the Korean government side. The two respective governments employed the services of KC-PMC which coordinated and supervised the actual construction and reported back to both the FED and MURO.

The allegations are the both Defendant Duane Nishiie working for FED and Co-

Defendant Seung-Ju Lee working for MURO, conspired together and with others to make it possible that the SK corporation had an advantage over any other bidder(s) in obtaining the contracts for the LDUI parcel 2A and JTO16 project, in exchange for a large sum of money given to Defendants Nishiie and Lee.

 In the discovery process at this writing, the government has produced 5 sets of discovery.  Set number 1 is a thumb drive with both Korean language contracts and purportedly an English written interpretation or version of it (269.3 MB).  Set number 2 is a thumb drive with Korean written language documents (66 MB).  Set number 3 is a hard drive with 298 GB of documents.  The 298 GB translates to approximately 1.6 million documents and/or pages.  This Discovery was obtained from SK corporation, a Korean company.  It is said to contain documents in the Korean language.  Sets number 4 & 5 do not appear to have any Korean documents (Set 4= 60,181 KB and Set 5 = 511 MB or 461 items).

 My client, Mr. Duane Nishiie, may be able to speak Korean, however, he cannot read or write in Korean.  Counsel for Defendant Nishiie cannot read, write, or speak Korean.  Mr. Nishiie believes that there are Korean documents that will exonerate him in this case.   Your Counsel is not in a position to comment on whether this is true or not.  Your Counsel would respectfully request a Korean language interpreter to assist me in reviewing the 2 thumb drives in sets 1 & 2 for accuracy.  I would respectfully request a Korean language interpreter to assist me in reviewing the hard drive materials which are in the Korean language.  I believe that 30 hours of interpretation services are required for the 2 thumb drives.  I believe at least 30 hours of interpretation services are required for

the hard drive korean materials.

    This application is made pursuant to 18 U.S.C. 3006(e)(1) and is based on the afore written summary .

                      DATED: Honolulu, Hawaii,  March 6, 2018.

                      /s/  Louis Michael Ching
                      _____
                      LOUIS MICHAEL CHING, ESQ.
                      Attorney for Defendant
                      Duane Nishiie