ORIGINAL

LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: (808) 392-8727

ATTORNEY FOR DEFENDANT
DUANE NISHIIE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2018

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00550-SOM |
| Plaintiff, | ) | |
| vs. | ) | |
| DUANE NISHIIE, | ) | ORDER GRANTING DEFENDANT'S SECOND EX PARTE APPLICATION FOR AUTHORIZATION |
| Defendant. | ) | FOR EXPERT SERVICES PURSUANT TO 18 U.S.C. 3006(e)(1), TO WIT, A KOREAN LANGUAGE INTERPRETER |

ORDER GRANTING DEFENDANT'S SECOND EX PARTE APPLICATION FOR
AUTHORIZATION FOR EXPERT SERVICES PURSUANT TO 18 U.S.C. 3006(e)(1),
TO WIT, A KOREAN LANGUAGE INTERPRETER

The Defendant Duane Nishiie, by and through his counsel, Louis Michael Ching, having moved this Court by Application for an Order Granting Defendant's Second Ex Parte Application For Authorization For Expert Services Pursuant To 18 U.S.C. 3006(e)(1), to wit, a Korean language interpreter, and the Court being satisfied that the defendant is financially unable to pay for the cost of a Korean language interpreter, and that the Korean language interpreter is necessary for an adequate defense,

GOOD CAUSE APPEARNING THEREFORE,

IT IS HEREBY ORDERED that this Second Ex Parte Application be and is hereby Granted and that Defense Counsel Louis Michael Ching is hereby authorized to incur litigation expenses for the purposes set forth in the Application herein for a Korean language interpreter in the amount not to exceed ___100___ HOURS.

DATED: Honolulu, Hawaii, __MAR 2 7 2018__.

_____
JUDGE OF THE ABOVE-ENTITLED COURT