LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: (808) 392-8727

ATTORNEY FOR DEFENDANT
DUANE NISHIIE

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00550-SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Trial Date: November |
| DUANE NISHIIE, | ) | |
| | ) | |
| Defendant. | ) | DEFENDANT DUANE NISHIIE'S |
| | ) | MOTION TO CONTINUE TRIAL; |
| | ) | EXHIBITS "A-H" |
| _____ | ) | |

DEFENDANT DUANE NISHIIE'S MOTION TO CONTINUE TRIAL
_____

The Defendant Duane Nishiie, by and through his counsel, Louis Michael

Ching, hereby respectfully moves this Court for an order continuing trial from November

8, 2018 to May 2019.  The Defense is moving early to accommodate the prosecution in preparing for its case which will require a significant effort in logistics and the Defense has now received nearly all the discovery in this case.  The Defendant Duane Nishiie has consented to a continuance of his trial.

 Defendant Duane Nishiie is one of two defendants in the Indictment.  The Indictment charges Defendant Nishiie with one count of conspiracy in violation of 18 U.S.C. 371, one count of bribery in violation of 18 U.S.C. 201, three counts of honest services wire fraud in violation of 18 U.S.C. 1343 and 1346, one count of money laundering conspiracy in violation of 18 U.S.C. 1956(h), and three counts of false statement in violation of 18 U.S.C. 1001.

Sometime in the early 2000's, the United States of America and the Republic of Korea decided to consolidate all of the American bases spread throughout South Korea into one main American base.  A total of 173 bases would be relocated to Pyeongtaek, which is about 40 miles south of Seoul.  The project was known as the Yongsan Relocation Program.  The ambitious project would create the largest American military base outside of the United States of America.  It would house approximately 45,000 residence.  It would have approximately 650 buildings.  It would be roughly the size of Washington, DC.  The cost was projected to run 10.8 billion dollars.  93% of the cost would be borne by South Korea and 7% borne by the USA.  It would be named Camp Humphreys.  However, as of today, it has exceeded 15 billion dollars and has yet to be fully completed.

However, before the project could be realized, construction companies from all over

South Korea had to bid on the construction project which began in 2008. There are 2 main parcels of land which are at issue in this case, to wit, the LDUI parcel 2A and JTO16. The LDUI parcel 2A was the development of the infrastructure of part of Camp Humphreys in 2008. It was a large undertaking and estimated to cost around $400 million USD. The JTO16 was a relatively small project to build the housing for the team which would be responsible for the coordination and implementation of the construction projects for Camp Humphreys in 2010. It's estimated value was approximately 7 million USD. The Korean company which ultimately received the contact was the SK corporation or a smaller engineering unit of SK.

The USA was represented by the US Army. The US Army Corps of Engineers was the arm of the US Army which was responsible for implementing the contracts for construction. The FED was a smaller division that was assigned to korea to represent the US Army of Corps of Engineers there. Defendant Duane Nishiie was contract specialist working for FED. At the other end, was the Korean side. The Korean Ministry National Defense (MND) which had a specialized division called, MURO, was in charge of implementing contracts on behalf of MND. The co-defendant Seung-Ju Lee was the counter part of Defendant Nishiie for the Korean government side. The two respective governments employed the services of KC-PMC which coordinated and supervised the actual construction and reported back to both the FED and MURO.

The allegations are the both Defendant Duane Nishiie working for FED and Co-Defendant Seung-Ju Lee working for MURO, conspired together and with others to make it possible that the SK corporation had an advantage over any other bidder(s) in obtaining

the contracts for the LDUI parcel 2A and JTO16 project, in exchange for a large sum of money given to Defendants Nishiie and Lee.

In the discovery process at this writing, the government has produced 6 sets of discovery.

1) Set number 1 is a thumb drive (1st Thumb Drive).………………… (269.3 MB).

2) Set number 2 is a thumb drive with a large amount of documents (2nd Thumb Drive) ……………………………………………………………………..….(66 MB).

3) Set number 3 is a hard drive with 298 GB of documents. The 298 GB translates to approximately 1.6 million documents and/or pages. This Discovery was obtained from SK corporation, a Korean company. The prosecution's position is that there are no significant relevant materials in the hard drive. However, the Defense has installed the use of "dtSearch" program to narrow the scope of the relevant materials within the hard drive. The result show approximately 60,000 relevant documents which show either the Defendant's name and/or the names of the Two construction projects in the instant case. Exhibits "A-H" are the relevant "hits" for "dtSearch" program using different "words".

4) Set number 4 is a CD……………………………………………. (60,181 KB).

5) Set number 5 is a CD…………………………………… (511 MB or 461 items).

6) Recently, the defense received discovery set number 6, which is a CD with approximately 26,467 KB of data (ie. smallest discovery of all 6 sets).

So far, discovery set number 1 (1st thumb drive) took about 2 1/2 months to complete the review. Discovery set number 2 (2nd thumb drive) has taken more than 2 ½ months to review and is still ongoing at this time. The Defense has yet to review

Discovery sets number 3, 4, 5, & 6. The Defense believes that to do a thorough review of documents, it takes approximately 6 months to review approximately 30,000 documents, based upon a past case involving mortgage fraud. Further, in June and August 2018, the Prosecution will be taking foreign depositions (approximately 4 individuals).

The Defense anticipates filing pretrial motions once completion of the entire discovery materials. But the review must be completed, before researching any legal issues and motions are to be filed. The prosecution in this case likely started before 2014. However, it was about July 15 to 30, 2014, when the Defense Criminal Investigation Services (DCIS) case initiation was formally approved. The Indictment was not filed until September 21, 2017. The Government has had more than 3 years to investigate this case before filing its indictment. The Government is willing to continue this case until February 2019, however, the Defense believes that it will need a little more time than what the Government is willing to give. The Defense has had this case since late September 2017. In all, the Defense has had approximately 6+ months to review this case. Under normal circumstances, that would only be about 30,000 documents. However, the Defense has met or exceeded that number. Furthermore, the Korean Translator is reviewing all the Korean written documents. There are hundreds, if not thousand of Korean written documents in the discovery materials. Lastly, the co-defendant Seung-Ju Lee, has been apprehended in South Korea, but has not been extradited yet to the USA. If the Co-Defendant is extradited in a timely manner, then this motion to continue trial may end up moot.

Therefore, for all of the foregoing facts and argument, and with all due respect, the

Defense is requesting a continuance of trial to May of 2019.   The Government has indicated that it would prefer a firm set trial date and that the trial may take 3 months. The Defense has no objections to the Government's request for a firm trial date. However, the Government can respresent its own prediction for the actual length of trial in this case.

DATED: Honolulu, Hawaii,  April 23, 2018.

*/s/ Louis Michael Ching*

_____
LOUIS MICHAEL CHING, ESQ.
Attorney for Defendant
Duane Nishiie