LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: (808) 392-8727

ATTORNEY FOR DEFENDANT
DUANE NISHIIE

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00550-SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DUANE NISHIIE, | ) | |
| | ) | |
| Defendant. | ) | FOURTH EX PARTE APPLICATION |
| | ) | FOR AUTHORIZATION FOR EXPERT |
| | ) | SERVICES PURSUANT |
| | ) | TO 18 U.S.C. 3006(e)(1), TO WIT, A |
| | ) | KOREAN LANGUAGE INTERPRETER; |
| | ) | ORDER GRANTING DEFENDANT'S |
| | ) | FOURTH EX PARTE APPLICATION |
| | ) | FOR AUTHORIZATION FOR EXPERT |
| | ) | SERVICES PURSUANT TO |
| | ) | 18 U.S.C. 3006(e)(1), TO WIT, A |
| | ) | KOREAN LANGUAGE INTERPRETER |
| _____ | ) | |

FOURTH EX PARTE APPLICATION FOR AUTHORIZATION FOR EXPERT
SERVICES PURSUANT TO 18 U.S.C. 3006(e)(1), TO WIT, A KOREAN LANGUAGE
INTERPRETER
_____

The Defendant Duane Nishiie, by and through his counsel, Louis Michael

Ching, hereby applies for a Fourth authorization for expert services, to wit, a korean

language interpreter to translate verify the testimony of the government's Korean

speaking witnesses at upcoming depositions.

Defendant Duane Nishiie is one of two defendants in the Indictment.  The

Indictment charges Defendant Nishiie with one count of conspiracy in violation of 18

U.S.C. 371, one count of bribery in violation of 18 U.S.C. 201, three counts of honest

services wire fraud in violation of 18 U.S.C. 1343 and 1346, one count of money

laundering conspiracy in violation of 18 U.S.C. 1956(h), and three counts of false

statement in violation of 18 U.S.C. 1001.

Sometime in the early 2000's, the United States of America and the Republic of

Korea decided to consolidate all of the American bases spread throughout South Korea

into one main American base.  A total of 173 bases would be relocated to Pyeongtaek,

which is about 40 miles south of Seoul.  The project was known as the Yongsan

Relocation Program.  The ambitious project would create the largest American military

base outside of the United States of America.  It would house approximately 45,000

residence.  It would have approximately 650 buildings.  It would be roughly the size of

Washington, DC.  The cost was projected to run 10.8 billion dollars.  93% of the cost

would be borne by South Korea and 7% borne by the USA.  It would be named Camp

Humphreys.  However, as of today, it has exceeded 15 billion dollars and has yet to be fully completed.

However, before the project could be realized, construction companies from all over South Korea had to bid on the construction project which began in 2008.  There are 2 main parcels of land which are at issue in this case, to wit, the LDUI parcel 2A and JTO16.  The LDUI parcel 2A was the development of the infrastructure of part of Camp Humphreys in 2008.  It was a large undertaking and estimated to cost around $400 million USD.  The JTO16 was a relatively small project to build the housing for the team which would be responsible for the coordination and implementation of the construction projects for Camp Humphreys in 2010.  It's estimated value was approximately  7 million USD.  The Korean company which ultimately received the contact was the SK corporation or a smaller engineering unit of SK.

The USA was represented by the US Army.  The US Army Corps of Engineers was the arm of the US Army which was responsible for implementing the contracts for construction.  The FED was a smaller division that was assigned to korea to represent the US Army of Corps of Engineers there.  Defendant Duane Nishiie was contract specialist working for FED.   At the other end, was the Korean side.  The Korean Ministry National Defense (MND) which had a specialized division called, MURO, was in charge of implementing contracts on behalf of MND.   The co-defendant Seung-Ju Lee was the counter part of Defendant Nishiie for the Korean government side.  The two respective governments employed the services of KC-PMC which coordinated and supervised the actual construction and reported back to both the FED and MURO.

The allegations are the both Defendant Duane Nishiie working for FED and Co-Defendant Seung-Ju Lee working for MURO, conspired together and with others to make it possible that the SK corporation had an advantage over any other bidder(s) in obtaining the contracts for the LDUI parcel 2A and JTO16 project, in exchange for a large sum of money given to Defendants Nishiie and Lee.

The Government was granted the right by Magistrate Judge Kenneth J. Mansfield by written order filed 01/04/18 to take foreign depositions in Korea and Japan.  The Government plans to take the depositions of Five (5)  government witnesses, to wit, Huyun Jung Kim, Hyuk Jin Jung, Michael Jung and Sung Hwan Jun in Korea.  Further, the Government intends to take the deposition of Bo Ram Kim in Japan.  The Defense anticipates that most of these witnesses will be testifying in their native language of Korean.  The Korea depositions will be held likely in the second week of June 2018.  The Japan depositions has not be scheduled yet, but likely will be held at the end of summer 2018.  The defense anticipates that the entire depositions time (ie. direct examination and cross examinations) will take up to 4 days.

 Defendant Duane Nishiie, may be able to speak an informal learned Korean, however, he cannot read or write in Korean.  Counsel for Defendant Nishiie cannot read, write, or speak Korean.  Your Counsel believes that having a defense Korean language interpreter will be a safeguard and will minimize any delays during the depositions should the Defendant disagree with the government's interpretation of the witnesses.  Should the Defendant disagree with any interpretation, the defense Korean interpreter can address the discrepancy with the Defendant.  Only if a credible issue arises in language

- 4 -

interpretation will there be a need to interfere in the ongoing Government's deposition.
The current Korean language interpreter,  Hyeyoung Yoon Aoki, has been an excellent
Korean language interpreter in this case.  She has reviewed hundreds of Korean
documents and have reported relevant information that had only been written and/or
recorded in Korean, and had not be translated into English language.  She is willing to
assist in attending and interpreting for the defense at the depositions.

Your Counsel respectfully requests a Korean language interpreter to assist me in the
Government's foreign depositions of Korean witnesses in this case.   Further, your
Counsel has consulted with the 9th Circuit representative Laura Paul and she agrees that
the Korean Language interpreter should be paid on a full/half day basis in the upcoming
depositions.   Your Counsel estimates a total depositions time of no more than 4 days for
5 foreign witnesses.   The standard court appointed interpreter payment for ½ day is
$111.  The standard court appointed interpreter payment for 1 full day is $202.
Therefore, the maximum cost would be approximately $808.oo.

This application is made pursuant to 18 U.S.C. 3006(e)(1) and is based on the afore
written summary .

DATED: Honolulu, Hawaii,  May 8, 2018.

*Louis Michael Ching*

_____
LOUIS MICHAEL CHING, ESQ.
Attorney for Defendant
Duane Nishiie

- 5 -