LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: (808) 392-8727

ATTORNEY FOR DEFENDANT
DUANE NISHIIE

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00550-SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DUANE NISHIIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| | ) | FOURTH EX PARTE APPLICATION FOR |
| | ) | AUTHORIZATION FOR EXPERT |
| | ) | SERVICES PURSUANT TO |
| | ) | 18 U.S.C. 3006(e)(1), TO WIT, A KOREAN |
| | ) | LANGUAGE INTERPRETER |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S FOURTH EX PARTE APPLICATION FOR
AUTHORIZATION FOR EXPERT SERVICES PURSUANT TO 18 U.S.C.
3006(e)(1), TO WIT, A KOREAN LANGUAGE INTERPRETER

The Defendant Duane Nishiie, by and through his counsel, Louis Michael

Ching, having moved this Court by a Fourth Ex Parte Application for Authorization for

Expert Services pursuant to 18 U.S.C. 3006(e)(1), to wit, a Korean Language Interpreter

at the standard full/half day rate for court appointed interpreters in the U.S. Federal Courts of the United States, to wit, ½ day is $111 and 1 full day is $202.  Further, this Funding Request for payment under the full/half day standard rate for depositions was made with the assistance of CMA Laura Paul of the Ninth Circuit.

GOOD CAUSE APPEARNING THEREFORE,

IT IS HEREBY ORDERED that the Defendant's Fourth Ex Parte Application for Authorization for Expert Services pursuant to 18 U.S.C. 3006(e)(1), to wit, a Korean Language Interpreter at the standard full/half day rate for court appointed interpreters for the foreign depositions takened by the U.S. Attorney's office is HEREBY GRANTED.

The Court appointed Korean Interpreter, Hyeyoung Yoon Aoki, shall be paid at the standard full/half day rate for federal court appointed interpreters for the government's foreign depositions for a total of not more than $808.00.

DATED:  Honolulu, Hawaii, May 9, 2018.




Kevin S.C. Chang
United States Magistrate Judge