LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: (808) 392-8727

ATTORNEY FOR DEFENDANT
DUANE NISHIIE

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2018

at /2 o'clock and 35 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00550-SOM |
| Plaintiff, | ) |
| vs. | ) |
| DUANE NISHIIE, | ) |
| Defendant. | ) ORDER GRANTING DEFENDANT'S |
| | ) FIFTH EX PARTE APPLICATION FOR |
| | ) AUTHORIZATION FOR ORDER |
| | ) APPROVING COST FOR EXPERT |
| | ) SERVICES PURSUANT TO |
| | ) 18 U.S.C. 3006(e)(1), TO WIT, A KOREAN |
| | ) LANGUAGE INTERPRETER |

ORDER GRANTING DEFENDANT'S FIFTH EX PARTE APPLICATION FOR
AUTHORIZATION TO AMEND ORDERS APPROVING COST FOR EXPERT
SERVICES PURSUANT TO 18 U.S.C. 3006(e)(1), TO WIT, A KOREAN
LANGUAGE INTERPRETER

The Defendant Duane Nishiie, by and through his counsel, Louis Michael Ching, having moved this Court by Fifth Ex Parte Application for an Order granting Defendant's Fifth Application For Authorization For Expert Services Pursuant To 18 U.S.C. 3006(e)(1), to wit, to include the hourly rate of $27.75 per hour for the a Korean language interpreter, and to include the additional language, "This Funding Request was made with the assistance of CMA Laura Paul",
(Two prior orders had been granted for 30 hours and 100 hours in the instant case).

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that this Fifth Ex Parte Application be and is hereby granted and that Defense Counsel Louis Michael Ching is hereby authorized to incur litigation expenses for the purposes set forth in the Application herein for a Korean language interpreter in the amount not to exceed ___40___ HOURS.
"This Funding Request was made with the assistance of CMA Laura Paul"

DATED: Honolulu, Hawaii, June 27, 2018

_____
JUDGE OF THE ABOVE-ENTITLED COURT